IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| DONALD THOMAS | § | |
| Plaintiff | § | |
| v. | § | Case No. 5:19-cv-00068-RWS-CMC |
| WARDEN, FCI TEXARKANA | § | |
| Defendant | § | |

## ORDER

Petitioner Donald Thomas, a prisoner previously confined at the Federal Correctional Institution in Texarkana, Texas, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Docket No. 1.

The Court ordered that this matter be referred to the Honorable Caroline Craven, United States Magistrate Judge, at Texarkana, Texas, for consideration pursuant to applicable laws and orders of this Court.  The Magistrate Judge recommends dismissing the petition.  Docket No. 15.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge (Docket No. 15) filed pursuant to such order, along with the record, pleadings and all available evidence.  Proper notice was given to the petitioner at his last known address.  *See* FED. R. CIV. P. 5(b)(2)(C).  No objections to the Report and Recommendation of the United States Magistrate Judge were filed by the parties.  Thus, any aggrieved party is barred from *de novo* review by the district court of the proposed findings and recommendations of the Magistrate Judge.

There being no grounds of plain error or manifest injustice, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge (Docket No. 15) as the findings and conclusions of this Court.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report of the Magistrate Judge (Docket No. 15) is **ADOPTED**.

A final judgment will be entered in accordance with the Magistrate Judge's recommendation.

**So ORDERED and SIGNED this 22nd day of April, 2022.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE